**Motions Granted; Appeal Dismissed and Memorandum Opinion filed April 2, 2024.**



**In The**

**Fourteenth Court of Appeals**

**NO. 14-23-00691-CV**

**ALAN NIEMANN, AVERY NIEMANN, AND KACEY BUTCHER, Appellants**

**V.**

**MICHAEL D. KROST AND GINA N. MURRAY-SPRINKLE, Appellees**

**On Appeal from the 151st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2023-12399**

**MEMORANDUM OPINION**

This is an interlocutory appeal from an order signed August 28, 2024. On March 14, 2024, appellant Kacey Butcher filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1). On March 26, 2024, appellants Alan Niemann and Avery Niemann filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. We grant the motions to dismiss and dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Zimmerer and Wilson.